IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO PEREZ AND JANET GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP.,<br>LITTON LOAN SERVICING LP, and<br>Does 1–50, inclusive,<br><br>Defendants. | No. C 08-05800 WHA<br><br>**ORDER RE BRIEFING AND HEARING ON MOTION TO DISMISS AND MOTION TO EXPUNGE** |

Defendants have filed a motion to dismiss and a motion to expunge lis pendens. A hearing on both motions is scheduled for March 12, 2009. Pursuant to Civil Local Rule 7-3, plaintiffs' briefs in opposition to the motions were due more than a week ago, but to date plaintiffs have not responded to either motion. Because there is insufficient time to brief the motions prior to the hearing without prejudice to defendants, the March 12 hearing on the motions is hereby **VACATED**.

Plaintiffs must either file statements of non-opposition to the motions pursuant to Civil Local Rule 7-3(b) or, if plaintiffs intend to oppose the motions, they must submit their opposition briefs accompanied by a request for leave to submit the late filings and a declaration setting forth good cause therefor — in either event, no later than **MARCH 12, 2009**. If plaintiffs submit oppositions by that date (and good cause is found), defendants will have until **MARCH 19, 2009**, to file their reply briefs. In that instance, a **HEARING** on the motions will be held

1  **MARCH 26, 2009, AT 8:00 A.M**.  Plaintiffs are reminded that this case has been designated for

2  electronic filing and therefore all filings must be submitted via the electronic filing system.

4    **IT IS SO ORDERED.**

6  Dated:  March 3, 2009.

      _____
      WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE