**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO PEREZ AND JANET GARCIA, | No. C 08-05800 WHA |
| Plaintiffs, | |
| v. | **ORDER RE MOTIONS TO DISMISS AND TO EXPUNGE** |
| QUALITY LOAN SERVICE CORP., LITTON LOAN SERVICING LP, and Does 1–50, inclusive, | |
| Defendants. | |

In a March 3 order, the Court vacated the hearing on defendants' motion to dismiss and motion to expunge lis pendens because plaintiffs failed timely to respond to the motions. The order also set a new deadline — March 12 — by which plaintiffs must either file a statement of non-opposition to the motions or oppose the motions and show good cause for the late filings.

The Court has subsequently learned that the law offices of plaintiffs' counsel were recently shut down by the State Bar Association. The March 12 deadline for plaintiffs to respond is therefore **VACATED**.

Plaintiffs must file a notice of appearance and show cause why the case should not be dismissed within **TWENTY-ONE CALENDAR DAYS** of the date of entry of this order. Plaintiffs may do so themselves if they will proceed *pro se* or may do so through counsel if they have secured new counsel (or intend to do so).

1  Plaintiffs' existing attorneys in this matter, if any, as well as defendants' attorneys must
2  send a copy of this order and the pending motions to named plaintiffs **WITHIN THREE DAYS** of
3  the date of this order.  Service by first class mail will be sufficient.

**IT IS SO ORDERED.**

Dated:  March 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE