IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO PEREZ AND JANET GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP., LITTON LOAN SERVICING LP, and Does 1–50, inclusive,<br><br>Defendants.<br>_____ / | No. C 08-05800 WHA<br><br>**ORDER DISMISSING CASE AND EXPUNGING LIS PENDENS** |

In this action for unfair debt collection practices, predatory lending and other similar claims, defendants filed a motion to dismiss. Plaintiffs failed to oppose the motion by the deadline established by Civil Local Rule 7-3. An order dated March 4, 2009, explained that the law offices of plaintiffs' counsel have recently been shut down by the State Bar Association and vacated the hearing on the motion. The March 4 order required plaintiffs, by March 25, 2009, to file a notice of appearance and show cause why the case should not be dismissed. The order allowed plaintiffs to do so *pro se* or to secure new counsel if they so choose. Plaintiffs have failed to file a notice of appearance, to oppose the motion or to involve themselves in this action in any other manner. Plaintiffs have entirely failed to prosecute this action. The motion to dismiss is therefore **GRANTED** as unopposed. Judgment will be entered.

The Notice of Pendency of Action recorded by plaintiffs against certain real property — known as 545 Douglas Ave., Redwood City, California 94063, APN 054-231-130 — on December 24, 2008 as Document No. 2008-0137646 in the Official Records of San Mateo

1 County is **EXPUNGED**. This Order may be recorded in the Official Records of San Mateo
2 County as evidence that the herein-referenced Lis-Pendens has been expunged.

**IT IS SO ORDERED.**

Dated: April 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE